# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UTICA MUTUAL INSURANCE CO., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROHM AND HAAS CO., et al., | : | |
| Defendants. | : | NO. 08-3812 |

## ORDER

AND NOW, this 5th day of February 2010, upon consideration Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in Part (Doc. No. 22), Plaintiff's opposition thereto (Doc. No. 23), and all related briefing (Doc. Nos. 24, 25), IT IS HEREBY ORDERED that Defendants' Motion to Dismiss in Part (Doc. No. 22) is GRANTED, as set forth in the accompanying memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE